# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1566
Lower Tribunal No. 23-360
_____


**L.X.A., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.


Carlos J. Martinez, Public Defender, and Jennifer Thornton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.


Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See Griffin v. State, 639 So. 2d 966, 968 (Fla. 1994) ("[E]vidence of uncharged crimes which are inseparable from the crime charged, or evidence which is inextricably intertwined with the crime charged, is . . . admissible under section 90.402 [of the Florida Statutes] because 'it is a relevant and inseparable part of the act which is in issue . . . . [I]t is necessary to admit the evidence to adequately describe the deed.'") (quoting Charles W. Ehrhardt, Florida Evidence § 404.17 (1993 ed.)); see also Beckman v. State, 230 So. 3d 77, 84 (Fla. 3d DCA (2017) ("Evidence is inextricably intertwined if the evidence is necessary to (1) 'adequately describe the deed[];' (2) provide an intelligent account of the crime(s) charged; (3) establish the entire context out of which the charged crime(s) arose; or (4) adequately describe the events leading up to the charged crime(s).") (quoting Dorsett v. State, 944 So. 2d 1207, 1213 (Fla. 3d DCA 2006) (en banc)).